# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHELLI LYNN GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-10-752-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation on May 31, 2011, wherein she recommended that defendant's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits be reversed and remanded for further administrative proceedings. Magistrate Judge Couch advised the parties of their respective right to file an objection to the Report and Recommendation on or before June 21, 2011 and that failure to make a timely objection waives the right to appellate review of the factual and legal issues therein addressed.

To date, the court has not received any objection to the Report and Recommendation. Likewise, it has not received any application for an extension of time to file an objection. With no objection being filed within the time prescribed by Magistrate Judge Purcell, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch, filed May 31, 2011 (doc. no. 21) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff, Shelli Lynn Graham's applications for disability insurance and supplemental security income benefits is **REVERSED** and **REMANDED** for further administrative proceedings.

DATED June 24, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0752p002.wpd